UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

WILLIAM CATO SELLS, JR., )
                                                      )
         Plaintiff, )     3:06-cv-00023-LRH (VPC)
                                                      )
v. )
                                                      )     O R D E R
ELDON K. McDANIEL, et al., )
                                                      )
         Defendants. )
                                                       )

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (Doc. #45) filed on November 1, 2006, recommending denial of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. #27) filed on June 12, 2006. Plaintiff filed his Objection to Report and Recommendation by U.S. Magistrate Judge (Doc. #53) on November 20, 2006, and Defendants filed their Response to Plaintiff's Objection to Report and Recommendation Denying Motion for Temporary Restraining Order and Preliminary Injunction on November 27, 2006 (Doc. #54), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (Doc. #45) entered on November 1, 2006, should be adopted and

1  accepted.

2        IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (Doc. #45) entered on November 1, 2006, is adopted and accepted, and Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. #27) is DENIED.

      IT IS SO ORDERED.

      DATED this 2nd day of February, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE