# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CATO SELLS, JR., | |
| Plaintiff, | 3:06-cv-00023-LRH-VPC |
| vs. | ORDER |
| E. K. McDANIEL, et al., | |
| Defendants. | |

In connection with the plaintiff's motion (#64) for leave to proceed *in forma pauperis* on appeal in this removed prisoner civil rights action and his response (#69) to the Court's show cause order (#66),

IT IS ORDERED, pursuant to 28 U.S.C. § 1447(b), that, within thirty (30) days of entry of this order, the defendants shall file a supplemental exhibit containing a copy of all records, proceedings, and orders pertaining to any request by plaintiff in the state court to proceed *in forma pauperis*.

DATED this 1st day of May, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE