1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                             DISTRICT OF NEVADA

8                                  * * * * *

9   WILLIAM CATO SELLS, JR.,              )
                                          )
10                  Plaintiff,            )        3:06-cv-00023-LRH (VPC)
                                          )
11  v.                                    )
                                          )        O R D E R
12  ELDON K. McDANIEL, et al.,            )
                                          )
13                  Defendants.           )
    _____ )

14

15          Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke

16  (#101[1]) entered on November 7, 2007, recommending denying Plaintiff's Motion for Restraining Order

17  (Restraint Removal) (#72) filed on April 12, 2007, and denying Plaintiff's Motion for Restraining

18  Order (Removal HRP Status) (#75) filed on April 19, 2007.   Plaintiff filed his Objection (#103) on

19  November 16, 2007, and Defendants filed their Opposition to Plaintiff's Objections to Magistrate

20  Judge's Report and Recommendation on January 3, 2008 (Doc. #109), pursuant to 28 U.S.C. §

21  636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the

22  District of Nevada.

23          The Court has conducted its *de novo* review in this case, has fully considered the objections

24  of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record

25

26          [1]Refers to the court's docket number.

1   pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate

2   Judge's Report and Recommendation (#101) entered on November 7, 2007, should be adopted and

3   accepted.

4           IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

5   (#101) entered on November 7, 2007, is adopted and accepted, and Plaintiff's Motion for Restraining

6   Order (#72) and Plaintiff's Motion for Restraining Order (#75) are DENIED.

7           IT IS SO ORDERED.

8           DATED this 14th  day of February, 2008.

9

10

11          _____

            LARRY R. HICKS
12          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                              2