UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

WILLIAM CATO SELLS, )
                                                ) 3:06-cv-00023-LRH-VPC
                 Plaintiff, )
                                               ) <u>ORDER</u>
vs. )
                                                )
E.K. McDANIEL, et al., )
                                                )
                 Defendants. )
                                                )

       Order (#153[1]) entered on March 25, 2009, granted and denied in part Defendants' motion for summary judgment (#114) and referred the case to U.S. Magistrate Valerie P. Cooke for a settlement conference. It was further ordered that "if settlement is unsuccessful, the parties shall lodge their proposed joint pretrial order within twenty (20) days of the settlement conference." The settlement conference was held on May 13, 2009, and no settlement was reached. No proposed joint pretrial order having been filed with the Court, the parties are in violation of this Court's order. The court will allow the parties an additional twenty (20) day period from the date that this Order is entered and served to file a proposed joint pretrial order or risk suffering sanctions.

       IT IS SO ORDERED.

       DATED this 19th day of August, 2009.

                                                                             _____
                                                                             LARRY R. HICKS
                                                                             UNITED STATES DISTRICT JUDGE

---

[1]Refers to court's docket number.