AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

WILLIAM CATO SELLS, JR.                    JUDGMENT IN A CIVIL CASE

       v.                                  CASE NO. 3:06-cv-23-LRH(VPC)

E.K. McDANIEL, et al.

( )   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered a verdict.

(✓)   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed due to lack of jurisdiction over the remaining claim for injunctive relief.


SEPTEMBER 30, 2009                         LANCE S. WILSON, CLERK
Date

                                           By:  R. MILLER
                                                Deputy Clerk